UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                          Chapter 7
LUKE THOMPSON a/k/a                                             Case No. 10-10121(JMP)
B1 MODEL MANAGEMENT, LLC

                      Debtor.                          **AFFIDAVIT OF SERVICE**

-----------------------------------------------------------x

STATE OF NEW YORK    )
                                 )ss.:
COUNTY OF NEW YORK  )

        Nilda Reyes, being duly sworn, deposes and says:

        I am not a party to the action. I am over the age of eighteen years and reside in Pomona, New York.

        On February 4, 2010, I served that certain Notice of Motion of Virgo Empire State Business Centers, LLC for Entry of An Order Modifying The Automatic Stay So As To Recover Possession of Nonresidential Real Property upon the parties identified on the attached Service List by depositing a true copy of same, enclosed in properly addressed envelope, in a post office depository under the exclusive care and custody of the United States Postal Service within the State of New York for First Class Mail delivery.

                                                                       /s/ Nilda Reyes
                                                                     NILDA REYES

Sworn to before me this
4th day of February, 2010

/s/ Douglas J. Pick
Douglas J. Pick
Notary Public, State of New York
No. 02PI4758430 Qualified in New York County
Commission Expires February 26, 2011

Luke Thompson
689 Stony Hill Road, #4
Yardley, PA 19067-4422

Ian J. Gazes, Esq.
Gazes LLC
32 Avenue of the Americas, 27th Floor
New York, NY 10013-2473

Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2122

CDS d/b/a B1 Management
10 Rue Du Mail
75002 Paris, France

DHL
1200 S. Pine Island Road
Plantation, FL 33324-4413

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Nassau Asset
100 Stonewall Blvd.
Wrentham, MA 02093-2211

Pitney Bowes
283 Sharts Road
Springboro, OH 45066-3030

Yardley Medical Center
777 Township Line Road
Yardley, PA 19067-5552

B&H Photo Video
420 Ninth Avenue
New York, NY 10001-1644

City of Miami Beach
1700 Convention Center Drive
Miami Beach, FL 33139-1824

Fleet Home Equity
5052 Thompson
P.O. Box 0889
New York, NY 10116-0889

Jeffrey C. Rose
5801 Avenue N
New York, NY 11234-4127

NYC Dept. Of Finance
P.O. Box 2127
New York, NY 10272-2127

MB N.A. Auto
P.O. Box 2398
FL-0-600-02-26
New York, NY 10108-2398

Virgo Empire State Business Centers LLC
350 Fifth Avenue
#5900
New York, NY 10118-0110

Castle Beach Homeowners' Association
P.O. Box 141010
Miami, FL 33114-1010

Consolidated Edison Company of NY Inc.
4 Irving Place, Room 1875-S
New York, NY 10003-3502
Attn: Bankruptcy Group

ING Group Mortgage
15899406 Thompson
P.O. Box 0889
New York, NY 10001

Modelwire
3250 Wilshire Boulevard
#1800
Los Angeles, CA 90010-1606

Philadelphia Parking Authority
P.O. Box 41818
Philadelphia, PA 19101-1818

Urban Express
P.O. Box 8510
Metairie, LA 70011-8510

Internal Revenue Service
Atlanta, GA 39901-0002