UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                            :
                                                 :        Chapter 7
LUKE THOMPSON a/k/a                              :
B1 MODEL MANAGEMENT,                             :        Case No. 10-10121 (JMP)
                                                 :
              Debtor.                            :
                                                 :
---------------------------------------------------------------x

# ORDER PURSUANT TO 11 U.S.C. § 362(d)
# MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Upon the motion, dated February 3, 2010 (the "Motion"), of Virgo Empire State Business Centers, LLC (the "Landlord") for an Order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Landlord's interests in certain non-residential real property located at 350 Fifth Avenue, 59th Floor, New York, New York 10118 (the "Property") to allow the Landlord's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on March 9, 2010; and a proposed counter-order (the "Counter-Order") having been filed by the debtor [docket no. 22]; and the Court having duly considered the Counter-Order; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED** that the Motion is granted as provided herein; and it is further

**ORDERED** that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code as to the

Landlord's interests in the Property to allow the Landlord's enforcement of its rights in, and remedies in and to, the Property.

Dated: New York, New York
       March 18, 2010

                                            *s/ James M. Peck*
                                      HONORABLE JAMES M. PECK
                                      UNITED STATES BANKRUPTCY JUDGE