```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
                                :
In re                           :    Case No. 10-10121 (JMP)
                                :
LUKE THOMPSON                   :
DBA B1 MGMT. (SOLE PROP)        :
DBA THOMAS PAINE CAPITAL        :
(SOLE PROP),                    :
                                :    (Chapter 7)
                Debtor.         :
--------------------------------x
```

**CERTIFICATE OF SERVICE**

    I, Nazar Khodorovsky, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that a copy of the **Motion to Dismiss** was served on March 24,2010 by first class mail in an authorized depository upon the following

Luke Thompson
689 Stony Hill Road, Apt.#4
Yardley, PA   19067

Ahmed & Yau, LLP
414 Madison Avenue, 14th Floor
New York, New York   10017

Ian J. Gazes,Esq.
Gazes, LLC
32 Avenue of the Americas, 27th Floor
New York, New York   10004


                                                    By:   /s/ Nazar Khodorovsky
                                                        Nazar Khodorovsky