IN RE: Luke Thompson                                CASE NO.: 10–10121–jmp
  dba   B1 Mgmt. (Sole Prop)
  dba   Thomas Paine Capital (Sole Prop)

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER:  7
xxx–xx–0576

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable James M. Peck in this Chapter 7 case.

Luke Thompson was dismissed from the case on June 21, 2010 .

Dated: June 21, 2010                                Vito Genna
                                                    Clerk of the Court