# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: mlopez | Date Created: 6/21/2010 |
| Case: 10−10121−jmp | Form ID: 131 | Total: 31 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Ian J. Gazes | office@GazesLLC.com, office@GazesLLC.com, janease@GazesLLC.com, ijgazes@ecf.epiqsystems.com, jcymbler@gazesllc.com |
| aty | Ian J. Gazes | office@GazesLLC.com, office@GazesLLC.com, janease@GazesLLC.com, ijgazes@ecf.epiqsystems.com, jcymbler@gazesllc.com |
| aty | Nazar Khodorovsky | nazar.khodorovsky@usdoj.gov |

                                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Luke Thompson | 689 Stony Hill Rd.   # 4   Yardley, PA 19067 |
| ust | United States Trustee | 33 Whitehall Street   21st Floor   New York, NY 10004 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205−0300 |
| smg | United States Attorney | One St. Andrew's Plaza   Claims Unit − Room 417   New York, NY 10007−1701 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551   Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor   Attn: Legal Affairs − Devora Cohn   Brooklyn, NY 11201−3719 |
| 5069867 | ADAM HUBER | ADDRESS UNKNOWN   GENERAL DELIVERY   NEW YORK, NY 10001 |
| 5069859 | AVANT BUSINESS SVCS | RE: D/B/A B1 MGMT   NEW YORK, NY 10017 |
| 5069854 | BHPHOTO VIDEO | 420 NINTH AVE   NEW YORK, NY 10001 |
| 5069869 | CASTLE BEACH HOMEOWNERS' ASSN. | PO BOX 141010   MIAMI, FL 33114 |
| 5069857 | CDS | RE: D/B/A B1 MGMT   10 RUE DU MAIL   75002 PARIS, FRANCE |
| 5069865 | CITY OF MIAMI BEACH | 1700 CONVENTION CTR DR.   MIAMI BEACH, FL 33139 |
| 5080915 | Consolidated Edison Company of New York, Inc. | 4 Irving Place, Room 1875−S   New York, New York 10003   Attn: Bankruptcy Group |
| 5069861 | DHL | 1200 S PINE ISLAND RD   PLANTATION, FL 33324 |
| 5069870 | FLEET HOME EQUITY | 5052−THOMPSON   PO BOX 0889   NEW YORK, NY 10116 |
| 5069868 | ING GROUP MORTGAGE | 15899406 THOMPSON   PO BOX 0889   NEW YORK, NY 10001 |
| 5069862 | INTERNAL REVENUE SERVICE | ATLANTA, GA 39901−0002 |
| 5069853 | JEFFREY C ROSE | RE: PA/0002−NYP   5801 AVENUE N   NEW YORK, NY 11234 |
| 5069855 | MODELWIRE | 3250 WILSHIRE BLVD. # 1800   LOS ANGELES, CA 90005 |
| 5069858 | NASSAU ASSET | 100 STONEWALL BLVD   WRENTHAM, MA 02093 |
| 5069863 | NEW YORK CITY DEPT. OF FIN. | RE: PA/ 0002−NYP   PO BOX 2127   NEW YORK, NY 10272 |
| 5069864 | PHILADELPHIA PARKING AUTH. | PO BOX 41818   PHILADELPHIA, PA 19107 |
| 5069852 | PITNEY BOWES | 283 SHARTS RD   SPRINGBORO, OH 45066 |
| 5069871 | RE: THOMPSON | MB N.A. AUTO   P.O. BOX 2398   FL−0−600−02−26   NEW YORK, NY 10108−2398 |
| 5069860 | URBAN EXPRESS | PO BOX 8510   METAIRIE, LA 70011 |
| 5069856 | VIRGO | 350 5TH AVE # 5900   NEW YORK, NY 10001 |
| 5069866 | WILBERT HILL | ADDRESS UNKNOWN   GENERAL DELIVERY   NEW YORK, NY 10001 |
| 5069851 | YARDLEY MEDICAL CENTER | 777 TOWNSHIP LINE RD   YARDLEY, PA 19067 |

                                                                                                TOTAL: 28