AMENDED to reflect adjournment from
7/14 to 7/20

UNITED STATES BANKRUPTCY COURT   HEARING DATE: July 20, 2010
SOUTHERN DISTRICT OF NEW YORK    HEARING TIME: 10:00 a.m.
---------------------------------x
                                 :   Case No. 10-10121 (JMP)
In re                            :
                                 :
LUKE THOMPSON                    :   (Chapter 7)
DBA B1 MGMT. (SOLE PROP)         :
DBA THOMAS PAINE CAPITAL         :   NOTICE OF MOTION
(SOLE PROP),                     :
                       Debtor.   :
                                 :
---------------------------------x

PLEASE TAKE NOTICE that upon the application (docket #36), the debtor will move before the Honorable James M. Peck, Bankruptcy Judge, in the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on July 20, 2010, at 10:00 a.m., or as soon thereafter as counsel can be heard, why an order should not be entered determining the validity of judgments obtained in Civil Court while this case was pending, as null and void, and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that any responsive papers should be filed with the Court and personally served on the Debtor, no later than seven (7) business days prior to the return date of the motion.



RECEIVED JUL 16 2010 U.S. BANKRUPTCY COURT, SDNY JMP

Such papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

Dated:   New York, New York
         July 13, 2010

By: [signature]

AMENDED to reflect adjournment from
7/14 to 7/20

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
In re                         :   Case No. 10-10121 (JMP)
                              :
LUKE THOMPSON                 :
DBA B1 MGMT. (SOLE PROP)      :
DBA THOMAS PAINE CAPITAL      :
(SOLE PROP),                  :
                              :   (Chapter 7)
                   Debtor.    :
------------------------------x

### CERTIFICATE OF SERVICE

I, Luke Thompson, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that a copy of the Motion to Determine Validity and Notice of Motion were served on July 13, 2010 by first class mail in an authorized depository upon the following:

1010 Sixth Associates LLC
Stephen Cohen, Esq
377 Broadway, 7th Floor
New York, NY 10013

Ian J Gazes, Trustee
32 Avenue of the Americas, 27th Floor
New York, New York 10004

Nazar Khodorovski, US Trustee
33 Whitehall St, 21st Floor
New York, NY 10004

By: Luke Thompson



RECEIVED JUL 16 2010 U.S. BANKRUPTCY COURT, SDNY JMP